IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Ross Hecox, et al.** <br><br> Plaintiffs, <br><br> v. <br><br> **DoorDash, Inc.,** <br><br> Defendant. | CASE NO: 1:23-cv-1006-JRR |

**STIPULATED ORDER**

This matter is before the Court on the Parties' Joint Motion to Stay Briefing on Defendant's Motion to Compel Individual Arbitration To Confer on Limited Discovery on the Issues of Contract Formation and Arbitration (ECF No. 22) (hereinafter "Motion to Compel Arbitration").

It is **ORDERED** that the Parties' Motion is **GRANTED** and the briefing on Defendant's Motion to Compel Individual Arbitration and Stay Proceedings, (ECF No. 18-1:4) is **STAYED** pending the Parties' efforts to resolve issues related to the nature and scope of limited discovery on the issues of contract formation and arbitration.

It is further **ORDERED** that:

- The Parties will meet and confer until July 7, 2023, on whether discovery will be had and the scope of any discovery. During such time, Plaintiffs will provide Defendants with proposed discovery requests for its consideration.

- On July 7, the Parties will submit a joint report and proposed Order, stating that they either: (a) agreed to a joint scheduling order for limited discovery on the issues of contract formation and arbitration; or (b) disagreed on limited discovery. In the event of

any disagreement, the Court will allow Plaintiffs to move the Court for leave to take limited discovery as follows:

- o Plaintiffs' motion is due on July 10, 2023;
- o Defendant's response to Plaintiffs' motion is due on July 20, 2023; and
- o Plaintiffs' reply is due on July 24, 2023.

- If the Court orders limited discovery either by stipulated Order or on Plaintiffs' motion for leave, Plaintiffs' response to Defendant's Motion to Compel Arbitration will be due 21 days after the end of the limited discovery period.

- If the Court denies limited discovery, Plaintiffs' response to Defendant's Motion to Compel Arbitration will be due 21 days from the date of the Order denying discovery.

This the 21st day of June, 2023.

                                                       /s/
                                      Julie R. Rubin
                                      United States District Judge

106384130.1