# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROSS HECOX, individually and as next of friend for his minor child R.E.H., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DOORDASH, INC., <br><br> Defendant. | Case No. 1:23-cv-1006-JRR |

## STIPULATED ORDER

This matter is before the Court on the Parties' Joint Motion to Extend the Deadline for the Parties to Meet and Confer Regarding Discovery.

It is **ORDERED** that the Parties' Motion is **GRANTED**.

It is further **ORDERED** that:

- All dates in the Court's Stipulated Order dated June 21, 2023, (ECF No. 23) will be extended by one week (7 days) from the dates specified therein.

- The remainder of Stipulated Order shall remain in place and the Parties shall notify the Court if additional changes to the schedule are warranted in their July 14 2023 joint report.

This the 10th day of July, 2023

/S/
_____
Julie R. Rubin
United States District Judge