**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

**ROSS HECOX, individually and as next Friend of his minor child R.E.H., et al.,**

**Plaintiffs,**

**v.** **Civil Action No.1:23-cv-1006-JRR**

**DOORDASH, INC.,**

**Defendant.**

**DECLARATION UNDER PENALTY OF PERJURY**
**OF HARRY BRIGNULL**

1. My name is Harry Brignull. I am over eighteen years of age and competent to testify about the matters contained herein.

2. I prepared the Expert Witness Report: An Analysis of the DoorDash "Terms and Conditions" User Interface Design. My report is appended as Exhibit 1. The materials that I reference in my report are the kind of materials on which other experts in my field would reasonably rely in forming an opinion.

3. I hereby attest to the accuracy of contents of my report and, if called upon to testify, would testify consistent with the facts and opinions in my report.

In accordance with 28 U.S.C. § 1746(1), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 23, 2024.

DocuSigned by:
Harry Brignull
DF53E37D4E3E45A...
Harry Brignull