## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Ross Hecox, et al.** | |
| Plaintiffs, | |
| v. | **CASE NO: 1:23-cv-1006-ABA** |
| **DoorDash, Inc.,** | |
| Defendant. | |

## ORDER

Upon consideration of the Parties' Stipulated Joint Motion to Stay Case Pending

Arbitration (ECF No. 103), the Court hereby:

GRANTS the Motion,

STAYS this matter, and

SENDS this matter to individual arbitration before ADR Services, Inc. under the most

current version of its Arbitration Rules. The Parties shall provide a Joint Report to the Court

within 30 days of the resolution of the Arbitration.

It is further ORDERED that the pending motions, ECF Nos. 59, 71, and 86, are DENIED

without prejudice.

**SO ORDERED.**

January 2, 2025

/s/
_____

Hon. Adam B. Abelson
United States District Judge