**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **Ross Hecox, et al.** | |
| Plaintiffs, | |
| v. | **CASE NO: 1:23-cv-1006-ABA** |
| **DoorDash, Inc.,** | |
| Defendant. | |

### JOINT REPORT ON ARBITRATION AND NOTICE TO DISMISS WITH PREJUDICE

The Parties, by and through their undersigned counsel, and pursuant to agreement, report to the Court that the arbitration has been resolved and that the above captioned case can be closed with prejudice.

WHEREFORE, the Parties respectfully request that the Court grant the instant Motion.

On this 11th day of March 2025.          Respectfully submitted,


*Thomas R. Bundy III*
Thomas R. Bundy III
Federal Bar No. 15265
LAWRENCE & BUNDY LLC
8115 Maple Lawn Boulevard, Suite 275
Fulton, Maryland 20789
Telephone: (240) 500-3595
Facsimile:      (240) 657-1109
Thomas.Bundy@lawrencebundy.com


*Counsel for Plaintiffs*

*Michael Holecek*
Michael Holecek, *Pro Hac Vice*
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
MHolecek@gibsondunn.com

Natalie Hausknecht, *Pro Hac Vice*
GIBSON, DUNN & CRUTCHER LLP
1801 California Street,
Suite 4200
Denver, Colorado  80202
Telephone: (303) 298-5783
nhausknecht@gibsondunn.com

- 1 -

- 2 -

Alexander Toth Boudreau
SBN 30304
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, NW
Washington, D.C.  20036
Phone: 202.777.9548
aboudreau@gibsondunn.com

*Counsel for DoorDash, Inc.*